# LAW OFFICE OF DONALD F. BURKE
**45 GALE ROAD**
**BRICK, NEW JERSEY 08723**
**(732) 966-4922**
**Email: DonaldBurkeEsq@gmail.com**

**DONALD F. BURKE, ESQ.**
*Certified by the New Jersey Supreme Court as a Civil Trial Attorney*
*Member of the Bars of New Jersey & New York*

**DONALD F. BURKE JR., ESQ.**
*Member of the Bars of New Jersey & New York*

August 21, 2015

VIA ECF
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE: <u>C.G.B., Plaintiff, v. AIDA SANTA LUCIA, VAROUJAN KHOROZIAN, KYLE KHOROZIAN, DEREK KHOROZIAN and JOHN DOES 1-5 (being agents, servants and employees of the above as a continuing investigation may reveal who are fictitiously named because their true identities are unknown), Defendants.</u>
United States District Court
District of New Jersey
Civil Action No.: 2:15-cv-03401 (SRC-CLW)

Dear Judge Waldor:

On behalf of his clients, defendants Aida Santa Lucia, Varoujan Khorozian, Kyle Khorozian and Derek Khorozian, Paul J. Giblin, Jr., Esq. has requested an additional extension of 30 days to file defendants' Answer to plaintiff's Complaint. Kindly accept this letter confirming that plaintiff has no objection to defendants' request.

Thank you.

Respectfully submitted,

*Donald F. Burke Jr.*

Donald F. Burke Jr., Esq.

cc: Paul J. Giblin, Jr., Esq., VIA ECF