**HILL WALLACK LLP**
Victoria J. Airgood (Id. # 26261984)
21 Roszel Road
P.O. Box 5226
Princeton, NJ  08543-5226
(609) 924-0808
Attorneys for Defendants, Varoujan Khorozian and Kyle Khorozian

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| C.G.B.,<br><br>               Plaintiff,<br>v.<br><br>AIDA SANTA LUCIA, VAROUJAN KHOROZIAN, KYLE KHOROZIAN, DEREK KHOROZIAN and JOHN DOES 1-5 (being agents, servants and employees of defendants as a continuing investigation may reveal who are fictitiously named because their true identities are unknown),<br><br>               Defendants. | **CIVIL ACTION NO. 2:15-cv-03401-SRC-CLW**<br><br>**SUBSTITUTION OF ATTORNEY AND ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS VAROUJAN KHOROZIAN AND KYLE KHOROZIAN** |

The undersigned hereby consent to the substitution of the law firm of HILL WALLACK LLP as attorneys for defendants, VAROUJAN KHOROZIAN and KYLE KHOROZIAN, in the above-captioned matter.

| | |
|---|---|
| **HILL WALLACK LLP** | **GIBLIN & GIBLIN LAW OFFICE** |
| Superseding Attorney | Withdrawing Attorney |
| __s/Victoria Airgood_____<br>Victoria J. Airgood<br>Dated: March 1, 2016 | __s/Paul J. Giblin, Jr._____<br>Paul J. Giblin, Jr.<br>Dated: March 1, 2016 |

{04486413; 1}