UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.G.B.,<br><br>          Plaintiff,<br><br>v.<br><br>AIDA SANTA LUCIA *et al.*,<br><br>          Defendants. | Civil Action No.<br><br>15-3401 (SDW) (LDW)<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of a letter from counsel for the Khorozian defendants seeking dismissal of all claims against deceased defendant Derek Khorozian, and a letter from Plaintiff's counsel opposing such relief, and for good cause shown,

**IT IS, on this 9th day of June, 2016, ORDERED** that the Khorozian defendants are granted leave to file a motion to dismiss the action as against Derek Khorozian pursuant to Fed. R. Civ. P. 25(a).

*[signature]*
Hon. Leda Dunn Wettre
United States Magistrate Judge