UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.G.B., <br><br> Plaintiff, <br><br> v. <br><br> AIDA SANTA LUCIA, VAROUJAN KHOROZIAN, KYLE KHOROZIAN, DEREK KHOROZIAN, and JOHN DOES 1–5, <br><br> Defendants. | Civil Action No. <br><br> 15-3401 (SDW) (LDW) <br><br> **60-DAY ORDER ADMINISTRATIVELY TERMINATING ACTION** |

The Court having held an in-person conference on December 9, 2016, at which a confidential settlement was placed in the record, and the parties needing time to further memorialize and effectuate the settlement and dismissal of this action,

**IT IS on this 12th day of December, 2016,**

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if agreement as to such papers cannot be reached, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

_/s/ Leda Dunn Wettre_
Leda Dunn Wettre
United States Magistrate Judge