
Hill Wallack LLP
Attorneys at Law

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

writer's direct dial: 609 734 6373
vairgood@hillwallack.com

February 7, 2017

Honorable Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Re:   C.G.B. v. Santa Lucia, et al.**
       **Civil Action No.: 2:15-cv-03401-SDW-LDW**

Dear Judge Wettre,

This office represents defendants, Varoujan Khorozian, Kyle Khorozian and the late Derek Khorozian, in the above-referenced matter.

On behalf of the Khorozian defendants, it is respectfully requested that the 60-day Order Administratively Terminating Action (ECF 89), entered by Your Honor on December 12, 2016, be extended for a period of thirty (30) days. This request is made in light of the Khorozian defendants' need for additional time to address the settlement terms and motion to seal.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

HILL WALLACK LLP

By:  s/Victoria Airgood
     Victoria J. Airgood

cc:   Donald F. Burke, Esq. (via/ECF)
      Linton W. Turner, Jr., Esq. (via/ECF)
      Christine D. McGuire, Esq. (via/ECF)