NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.G.B., <br><br> Plaintiff, <br><br> v. <br><br> AIDA SANTA LUCIA, VAROUJAN KHOROZIAN, K. KHOROZIAN, DEREK KHOROZIAN and JOHN DOES 1-5., <br><br> Defendants. | No. 15-3401 (SDW)(LDW) <br><br><br> **ORDER** <br><br><br><br> December 18, 2017 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on November 9, 2017 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Plaintiff's Motion to Enforce the Settlement Agreement be granted, that Plaintiff's Motion to Strike Defendants' Affidavits by granted in part and denied in part, that Plaintiff's Motion for Attorney's Fees be denied, and that Defendants' cross-motions be denied. Defendants filed objections to the R&R and Plaintiff responded. (Dkt. Nos. 181, 182, 185.)

This Court has reviewed the reasons set forth by Judge Wettre in the R&R, the parties' objections and responses to the R&R, and other documents in this matter. This Court is satisfied that: 1) Judge Wettre applied the proper standard of review; 2) her findings, including those regarding witness credibility and the alleged breach of the settlement agreement, are supported by the record created at the evidentiary hearing; 3) her denial of a continuance was entirely proper; 4) her rejection of the affidavit of Mr. Ndi as inadmissible double hearsay was appropriate; 5) she was within her authority to deny Plaintiff's request for fees and to adhere to the ordinary rule that each party bears its own costs and fees.

Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 178) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
     Magistrate Judge Wettre