# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.G.B.,<br><br>    Plaintiff,<br>v.<br><br>AIDA SANTA LUCIA, *et al.*,<br><br>    Defendants. | Civil Action No.<br><br>15-cv-3401-SDW-LDW<br><br>**ORDER TO SEAL** |

**THIS MATTER** having come before the Court by way of defendants' motions to seal pursuant to L. Civ. R. 5.3(c) (ECF Nos. 199, 200); and the Court having considered the submissions in connection with the motion; and no opposition having been received; and the Court having considered the factors contained in L. Civ. R. 5.3(c)(2), the Court makes the following Findings of Fact and Conclusions of Law:

1. Defendants move to seal references to a confidential settlement amount in the transcript of an evidentiary hearing held before the undersigned on October 26, 2017. Defendants had orally moved to seal this information during the hearing as well, and the Court reserved decision.

2. The Court previously sealed the same information as to the confidential settlement amount when the information was placed on the record on December 9, 2016. ECF No. 90. The Court again finds sealing of this limited information appropriate. Legitimate public and private interests warrant the sealing of these materials because they contain a confidential settlement term, and maintaining confidentiality of private settlement agreements fosters the public interest in promoting amicable resolution of lawsuits.

3. Public disclosure of the aforementioned materials would result in the potential disclosure of a settlement term that the parties have agreed to treat as confidential.

4. No less restrictive alternative is available. Defendants seek to seal only a handful of references to a confidential dollar amount in the transcript.

**WHEREAS,** the Court having found that there are legitimate public and private interests which warrant the relief sought; and for good cause shown:

**IT IS** on this day, February 27, 2018,

**ORDERED**, that defendants' motions to seal are hereby **GRANTED**; and it is further

**ORDERED** that ECF No. 198 shall be sealed only at the following locations: page 18, line 2 from "me" to "oh"; page 18, line 10 from "was" to the end of line 10; page 18, line 12 from "yes" to the end of line 12; page 60, line 22 from "claiming" to "from"; and page 101, line 15 from "claiming" to "for"; and it is further

**ORDERED** that a redacted version of the transcript with only these portions redacted shall be publicly available; and it is further

**ORDERED** that the Clerk of the Court shall terminate the motions at ECF Nos. 199 and 200.

*Leda D. Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge