UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-1091
_____

C. G. B.

v.

AIDA SANTA LUCIA;
VAROUJAN KHOROZIAN;
KYLE KHOROZIAN;
DEREK KHOROZIAN,

                        Defendant-Appellants
_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-15-cv-03401)
District Judge: Hon. Susan D. Wigenton
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
November 14, 2018
_____

Before: GREENAWAY, JR., SHWARTZ, and BIBAS, Circuit Judges.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on November 14, 2018.

2

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on December 18, 2017 is hereby AFFIRMED.  Costs taxed against Appellant.  All of the above in accordance with the Opinion of this Court.

                ATTEST:

                s/ Patricia S. Dodszuweit
                Clerk

Dated: November 15, 2018